NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


RICHARD A. MORSE, JR., DOC #T52004, )
                                        )

        Appellant, )

                                        )

v. )         Case No. 2D17-3250

                                        )

STATE OF FLORIDA, )

                                        )

        Appellee. )
_____ )

Opinion filed May 23, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Barbara Fleischer,
Judge.

Richard A. Morse, Jr., pro se.


PER CURIAM.


        Affirmed.


NORTHCUTT, KELLY, and LUCAS, JJ., Concur.